1  **Walter W. Whelan, Esq.  (SBN 106655)**
   **Brian D. Whelan, Esq.  (SBN 256534)**
2  **Law Offices of Walter W. Whelan**
   **A Professional Corporation**
3  **7447 North First Street, Suite 201**
   **Fresno, California   93720**
4  **Telephone: (559) 437-1079**
   **Facsimile:  (559) 437-1720**
5  **E-Mail:    walt@wwhelan-law.com**
              **brian@wwhelan-law.com**
6

7  Attorneys for Plaintiff, PATRICK GOLDEN, M.D.

8

9                 IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11                        FRESNO DIVISION

12

| | |
|---|---|
| PATRICK GOLDEN, M.D. | Case No. 1:10-CV-01933-LJO-SKO |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT IN PRINCIPLE**, **REQUEST FOR CONTINUANCE OF ALL CALENDAR MATTERS, AND [PROPOSED] ORDER THEREON** |
| WISCONSIN PHYSICIAN'S SERVICE HEALTH INSURANCE CORPORATION, a Wisconsin Corporation; and DOES 1 through 20, Inclusive, | |
| Defendants. | |

        TO THE UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION:

        NOTICE IS HEREBY GIVEN that the parties hereto have reached a settlement in principle in this case.  The parties, therefore, request a continuance of all matters currently on calendar, specifically Defendant's filing of an Answer currently due to be filed by January 28, 2011, the filing of a Joint Scheduling Report currently due to be filed by January 27, 2011, and the Mandatory Scheduling Conference currently on calendar for February 3, 2010, at 9:45 a.m., in

1

1  Courtroom 8 of this Court.

2      The parties respectfully propose that the Defendant be required to file an Answer on
3  or before February 8, 2011, that the Joint Scheduling Report be assigned a required filing date of
4  February 10, 2011, and that the Mandatory Scheduling Conference be continued to February 17,
5  2011, at 9:30 a.m., in Courtroom 8 of this Court.

6      The parties are requesting this continuance to provide the parties with an opportunity
7  to negotiate and finalize the settlement.

8  Dated: January 14, 2011      LAW OFFICES OF WALTER W. WHELAN,
        A Professional Corporation,
9

10      /S/
        by Brian D. Whelan
11      Attorneys for Plaintiff PATRICK GOLDEN, M.D.

12

13  Dated: January 14, 2011      EPSTEIN, BECKER & GREEN, P.C.

14

15      /S/
        By Damian D. Capazzola
16      Attorneys for Defendant WISCONSIN PHYSICIANS
        SERVICE INSURANCE CORPORATION
17

18  **ORDER**

19      Good cause being shown,

20      IT IS HEREBY ORDERED that the Defendants be required to file an Answer on or
21  before February 8, 2011, that the Joint Scheduling Report be filed no later than February 10, 2011,
22  and the Mandatory Scheduling Conference be continued to February 17, 2011, at 9:30 a.m., in
23  Courtroom 8 of this Court.

24

25

26  IT IS SO ORDERED.

27  **Dated:   January 14, 2011**      /s/ Sheila K. Oberto
        UNITED STATES MAGISTRATE JUDGE
28