DAMIAN D. CAPOZZOLA, State Bar No. 186412
EPSTEIN BECKER & GREEN, P.C.
1925 Century Park East, Suite 500
Los Angeles, California 90067-2506
Telephone:    310.556.8861
Facsimile:    310.553.2165
dcapozzola@ebglaw.com

CARRI BECKER MAAS, State Bar No. 245816
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California  94111-5427
Telephone:    415.398.3500
Facsimile:    415.398.0955
cmaas@ebglaw.com

Attorneys for Defendant,
WISCONSIN PHYSICIANS SERVICE INSURANCE
CORPORATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| PATRICK GOLDEN, M.D., | CASE NO.  1:10-cv-01933-LJO-SKO |
| Plaintiff, | Removed October 14, 2010 |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO FINALIZE SETTLEMENT** |
| WISCONSIN PHYSICIAN'S SERVICE HEALTH INSURANCE CORPORATION, a Wisconsin Corporation, and DOES 1 to 20, inclusive. | |
| Defendants. | |

**TO THE CLERK OF THE COURT:**

WHEREAS, the parties previously stipulated to and the Court ordered extensions of time to answer and file the joint initial statement in order to facilitate finalizing a settlement agreement, and

WHEREAS, as of February 4, 2011, the parties have completed negotiations of all monetary and non-monetary terms, and now have a signed written settlement agreement, and

WHEREAS, Wisconsin Physicians Service Insurance Corporation expects to provide the settlement payment to Plaintiff early in the week of February 7, 2011, and Plaintiff expects to dismiss the case within seven (7) business days thereafter.

Now, therefore, the parties jointly request that the deadline to answer be extended to March 2, 2011, and the deadline to file the joint initial statement be extended to March 4, 2011, to allow the parties time to complete the settlement process and dismiss the case.

DATED: February 7, 2011          LAW OFFICES OF WALTER W. WHELAN

                                 By:   /s/ Brian D. Whelan

                                 Walter W. Whelan
                                 Brian D. Whelan
                                 Attorneys for Plaintiff
                                 Patrick Golden, M.D.


DATED: February 7, 2011          EPSTEIN BECKER & GREEN, P.C.

                                 By:   /s/ Damian D. Capozzola

                                 Damian D. Capozzola
                                 Carri Becker Maas
                                 Attorneys for Defendant
                                 Wisconsin Physicians Service Insurance
                                 Corporation

**ORDER**

**Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT:**

1. The Answer to the Complaint shall be filed on or before March 2, 2011;
2. The deadline to file the Joint Initial Statement is due on or before March 4, 2011.
3. The scheduling conference currently set for February 17, 2011, is VACATED and RESET for March 15, 2011.
4. The parties shall file a Notice of Settlement on or before February 9, 2011, pursuant to Local Rule 160(a); and
5. The parties shall file final dispositional documents in a manner that complies with Local Rule 160(b).

IT IS SO ORDERED.

Dated: **February 7, 2011**

**/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE