IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GOLDEN, M.D., | CASE NO. CV F 10-1933 LJO SKO |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** (Doc. 22.) |
| vs. | |
| WISCONSIN PHYSICIAN'S SERVICE HEALTH INSURANCE CORP., | |
| Defendant. / | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action with prejudice;

2. VACATES all pending matters and dates; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   February 14, 2011**            /s/ Lawrence J. O'Neill
                                                                   UNITED STATES DISTRICT JUDGE

1